UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RONNIE DANTE THOMAS,

        Petitioner,

v.

        Case No. 1:24-cv-1351

        Honorable Ray Kent

MATTHEW MACAULEY,

        Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

Dated: January 24, 2025         /s/ Ray Kent
        Ray Kent
        United States Magistrate Judge